Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lyft, Inc. | ) Case No: 4:21-cv-4653-HSG |
| Plaintiff(s), | ) |
| v. | ) **APPLICATION FOR** |
| AGIS Software Development, LLC | ) **ADMISSION OF ATTORNEY** |
| | ) **PRO HAC VICE; ORDER** |
| Defendant(s). | ) (CIVIL LOCAL RULE 11-3) |

I, **Enrique Iturralde**, an active member in good standing of the bar of **New York**, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **AGIS Software Development, LLC** in the above-entitled action. My local co-counsel in this case is **Benjamin T. Wang**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Fabricant LLP | Russ August & Kabat |
| 411 Theodore Fremd Road, Suite 206 South Rye, New York 10580 | 12424 Wilshire Blvd, 12th Floor Los Angeles, CA 90025 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 257-5797 | (310) 826-7474 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| eiturralde@fabricantllp.com | bwang@raklaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **5526280**.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 08/04/21

                    **Enrique Iturralde**
                        APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of **Enrique Iturralde** is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 8/9/2021

                   *[signature: Haywood S. Gill]*
                   UNITED STATES DISTRICT JUDGE *October 2012*

*PRO HAC VICE* APPLICATION & ORDER



*Appellate Division of the Supreme Court of the State of New York First Judicial Department*

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

*Enrique William Iturralde*

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on *June 19, 2017*, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on June 16, 2021.

*Clerk of the Court*

CertID-00019724