Jeremy J. Taylor (SBN 249075)
jeremy.taylor@bakerbotts.com
Arya Moshiri (SBN 324231)
arya.moshiri@bakerbotts.com
**BAKER BOTTS L.L.P.**
101 California St., Ste. 3600
San Francisco, CA 94111
Tel: (415) 291-6200
Fax: (415) 291-6300

Bethany R. Salpietra (*pro hac vice*)
bethany.salpietra@bakerbotts.com
2001 Ross Ave., Ste. 900
Dallas, TX 75201
Telephone: 214.953.6500
Facsimile: 214.953.6503

*Attorneys for Plaintiff/Counterclaim Defendant Lyft, Inc.*

Alfred R. Fabricant (*pro hac vice*)
afabricant@fabricantllp.com
Peter Lambrianakos (*pro hac vice*)
plambrianakos@fabricantllp.com
Vincent J. Rubino, III (*pro hac vice*)
vrubino@fabricantllp.com
Enrique Iturralde (*pro hac vice*)
eiturralde@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Road, Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

Benjamin T. Wang (CA SBN 228712)
bwang@raklaw.com
Minna Y. Chan (CA SBN 305941)
mchan@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-9226

*Attorneys for Defendant/Counterclaim Plaintiff AGIS Software Development LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

### (San Jose Division)

| | |
|---|---|
| LYFT, INC., <br><br> Plaintiff, <br><br> v. <br><br> AGIS SOFTWARE DEVELOPMENT LLC, <br><br> Defendant. | Case No. 5:21-cv-04653-BLF <br><br> **JOINT STIPULATED [PROPOSED] SCHEDULING ORDER** <br><br> Dept:   Courtroom 3 – 5th Floor <br> Judge:   The Honorable Beth Labson Freeman <br><br> Trial date: October 16, 2023 |

Plaintiff Lyft, Inc. ("Lyft") and Defendant AGIS Software Development, LLC ("AGIS") submit this Stipulation and Proposed Order to set the following deadlines pursuant to Case Management Order (Dkt. 59).[1]

| Event | DATE or DEADLINE |
|---|---|
| Initial Case Management Conference | 1/27/22 |
| Deadline to exchange initial disclosures | 2/25/22 |
| Infringement Contentions & Accompanying Documents (Patent L.R. 3-1, 3-2) | 2/25/22 |
| Last Day to Request Leave to Amend Pleadings per F.R.Civ.P. 15 | 3/28/22 |
| Exchange of Proposed Claim Terms (Patent L.R. 4-1) | 4/8/22 |
| Invalidity Contentions & Accompanying Documents (Patent L.R. 3-3, 3-4) | 4/11/22 |
| Meet and Confer to Limit Claim Terms to 10 Terms Likely to be Most Significant to the Dispute (Patent L.R. 4-1(b)) | 4/15/22 |
| Exchange of Preliminary Claim Constructions (Patent L.R. 4-2) | 4/29/22 |
| Damages Contentions (Patent L.R. 3-8) | 5/31/22 |
| Parties Meet and Confer to Narrow Issues and Prepare Joint Claim Construction and Prehearing Statement (Patent 3L.R. 4-2(c)) | 6/3/22 |
| Joint Claim Construction Statement Due (Patent L.R. 4-3) | 6/10/22 |
| Responsive Damages Contentions (Patent L.R. 3-9) | 6/30/22 |
| Completion of Claim Construction Discovery (Patent L.R. 4-4) | 7/11/22 |
| AGIS's Opening Claim Construction Brief Due (Patent L.R. 4-5) | 7/25/22 |
| Defendants' Responsive Claim Construction Brief Due (Patent L.R. 4-5) | 8/8/22 |
| AGIS's Reply Claim Construction Brief Due (Patent L.R. 4-5) | 8/15/22 |
| Further Case Management Conference | 8/18/22 at 1:30 PM |
| Claims Tutorial | 8/18/22 at 1:30 PM |
| Claim Construction Hearing (Patent L.R. 4-6) | 9/1/22 at 1:30 PM |

---

[1] The parties agree that they may seek leave to adjust the stipulated dates included herein if necessary based on the forthcoming amended complaint and pending motion to dismiss.

BAKER BOTTS L.L.P.

| Event | DATE or DEADLINE |
|---|---|
| Advice of Counsel (Patent L.R. 3-7) | 10/3/22 |
| Close of Fact Discovery | 1/12/23 |
| Simultaneous Opening Expert Reports by the parties on issues where they bear the burden of proof | 2/2/23 |
| Simultaneous Rebuttal Expert Reports | 3/2/23 |
| Close of Expert Discovery | 3/16/23 |
| Final Day for Filing Dispositive Motions | 4/6/23 |
| Oppositions to Dispositive Motions | 4/27/23 |
| Replies to Dispositive Motions | 5/11/23 |
| Hearing for Dispositive Motions | 5/25/23 at 9:00 AM |
| Pretrial Conference | 9/14/23 at 1:30 PM |
| Trial Date | 10/16/23 at 9:00 AM |

| | | |
|---|---|---|
| 1 | Dated: February 11, 2022 | Respectfully submitted, |
| 2 | **BAKER BOTTS L.L.P.** | |
| 3 | */s/ Jeremy J. Taylor* | */s/ Vincent J. Rubino, III* |

| | |
|---|---|
| Jeremy J. Taylor (SBN 249075) | Alfred R. Fabricant (*pro hac vice*) |
| jeremy.taylor@bakerbotts.com | afabricant@fabricantllp.com |
| Arya Moshiri (SBN 324231) | Peter Lambrianakos (*pro hac vice*) |
| arya.moshiri@bakerbotts.com | plambrianakos@fabricantllp.com |
| **BAKER BOTTS L.L.P.** | Vincent J. Rubino, III (*pro hac vice*) |
| 101 California St., Ste. 3600 | vrubino@fabricantllp.com |
| San Francisco, CA 94111 | Enrique Iturralde (*pro hac vice*) |
| Tel: (415) 291-6200 | eiturralde@fabricantllp.com |
| Fax: (415) 291-6300 | **FABRICANT LLP** |
| | 411 Theodore Fremd Road, Suite 206 South |
| Bethany R. Salpietra (*pro hac vice*) | Rye, New York 10580 |
| bethany.salpietra@bakerbotts.com | Telephone: (212) 257-5797 |
| 2001 Ross Ave., Ste. 900 | Facsimile: (212) 257-5796 |
| Dallas, TX 75201 | |
| Telephone: 214.953.6500 | Benjamin T. Wang (CA SBN 228712) |
| Facsimile: 214.9536503 | bwang@raklaw.com |
| | Minna Y. Chan (CA SBN 305941) |
| *Attorneys for Plaintiff/Counterclaim Defendant Lyft, Inc.* | mchan@raklaw.com |
| | **RUSS AUGUST & KABAT** |
| | 12424 Wilshire Boulevard, 12th Floor |
| | Los Angeles, California 90025 |
| | Telephone: (310) 826-7474 |
| | Facsimile (310) 826-9226 |
| | |
| | *Attorneys for Defendant/Counterclaim Plaintiff AGIS Software Development LLC* |

### FILER'S ATTESTATION

I, Jeremy J. Taylor, am the ECF user whose ID and password are being used to file this Joint Case Management Conference Statement. In compliance with Civil Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

Date: February 11, 2022                    */s/ Jeremy J. Taylor*
                                             Jeremy J. Taylor

1 **[PROPOSED] ORDER**

2 PURSUANT TO STIPULATION, IT IS SO ORDERED.

4  Dated: _____

   BETH LABSON FREEMAN
5  United States District Judge