# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| LYFT, INC.,<br>　　　　　　Plaintiff,<br>　　v.<br>AGIS SOFTWARE DEVELOPMENT LLC,<br>　　　　　　Defendant. | Case No. 21-cv-04653-BLF<br><br>**ORDER REFERRING ECF NO. 84 TO JUDGE VAN KEULEN** |

The motion for leave to amend infringement contentions at ECF No. 84 is hereby REFERRED to Judge van Keulen.

**IT IS SO ORDERED.**

Dated: April 13, 2022

_____
BETH LABSON FREEMAN
United States District Judge