UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYFT, INC., <br>     Plaintiff, <br>   v. <br> AGIS SOFTWARE DEVELOPMENT LLC, <br>     Defendant. | Case No. 21-cv-04653-BLF (SVK) <br><br> **ORDER RE-SETTING HEARING ON MOTION TO AMEND INFRINGEMENT CONTENTIONS** <br><br> Re: Dkt. Nos. 84, 95 |

On April 1, 2022, Defendant AGIS Software LLC filed a Motion for Leave to Amend Infringement Contentions (the "Motion"). Dkt. 84. Judge Freeman referred the Motion to the undersigned on April 13, 2022. Dkt. 95. Accordingly, the Court hereby ORDERS:

1. The hearing on the Motion is re-set for **Thursday, June 2, 2022, at 10:00 a.m.** and will take place in-person before the undersigned.
2. Defendant shall provide the undersigned's chambers with two sets of red-lined contentions (in color) reflecting the proposed amendments by the close of briefing.

**SO ORDERED.**

Dated: April 13, 2022

                _____
                SUSAN VAN KEULEN
                United States Magistrate Judge