**BAKER BOTTS L.L.P.**
Jeremy J. Taylor (SBN 249075)
jeremy.taylor@bakerbotts.com
Arya Moshiri (SBN 324231)
arya.moshiri@bakerbotts.com
101 California St., Ste. 3600
San Francisco, CA 94111
Telephone: 415.291.6200
Facsimile: 415.291.6300

Kurt M. Pankratz (*pro hac vice*)
kurt.pankratz@bakerbotts.com
Bethany R. Salpietra (*pro hac vice*)
bethany.salpietra@bakerbotts.com
2001 Ross Ave., Ste. 900
Dallas, TX 75201
Telephone: 214.953.6500
Facsimile: 214.953.6503

*Attorneys for Plaintiff Lyft, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYFT, INC.<br><br>Plaintiff,<br><br>v.<br><br>AGIS SOFTWARE DEVELOPMENT LLC,<br><br>Defendant. | Case No. 5:21-cv-04653-BLF<br><br>**PLAINTIFF LYFT, INC.'S MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge:      Hon. Beth Labson Freeman<br>Trial Date: October 16, 2023<br>Courtroom: 3, Fifth Floor |

1    Plaintiff Lyft, Inc. ("Lyft") has reviewed and complied with the Court's Standing Order
2    Governing Administrative Motions to File Materials Under Seal.
3    Lyft has reviewed and complied with the Northern District of California's Civil L.R. 79-5
4    and 7-11 (dated November 1, 2021).
5    Lyft respectfully submits this Motion to Consider Whether Another Party's Material Should
6    Be Sealed for the following documents:

| ECF or Exh. No. | Document | Portion(s) to Seal | Reason(s) for Sealing |
|---|---|---|---|
| ECF 138 | Plaintiff Lyft, Inc.'s First Amended Complaint for Declaratory Judgment | Highlighted Portions at:<br>• Page 5: lines 18-22;<br>• Page 14: lines 13-17;<br>• Page 15: lines 25-28;<br>• Page 16: lines 15-16, 20-27. | AGIS Software designated the source document from which the information was taken as highly confidential. Lyft takes no position with regard to such designations. |

12   The Court previously granted sealing of the same material that Lyft identifies above when it
13   considered Lyft's Motion to Consider Whether Another Party's Material Should Be Sealed (Dkt.
14   79) corresponding to Lyft's Motion for Leave to File First Amended Complaint, an attachment to
15   which was Lyft's First Amended Complaint for Declaratory Judgment (Dkt. 78-2).  *See* Dkt. 91.
16   Lyft submits that its First Amended Complaint for Declaratory Judgment (Dkt. 138) is substantively
17   identical to its previously filed First Amended Complaint for Declaratory Judgment (Dkt. 78-2), and
18   differs only with respect to the date identified on the signature page.
19   This motion is further supported by the Declaration of Bethany R. Salpietra ("Salpietra
20   Declaration") in Support of Plaintiff Lyft, Inc.'s Motion to Consider Whether Another Party's
21   Material Should Be Sealed.  Pursuant to Civil L.R., 79-5(e), Lyft identifies AGIS Software as having
22   designated the information above as Highly Confidential or Confidential.
23   This motion is narrowly tailored to seal materials necessary and able to overcome the
24   presumption in favor of access to court records.  This motion is accompanied by the Salpietra
25   Declaration and a proposed order.  Lyft therefore lodges with the Court a copy of Plaintiff Lyft,
26   Inc.'s First Amended Complaint for Declaratory Judgment.

| | | |
|---|---|---|
| Dated: May 25, 2022 | | Respectfully submitted, |
| | By: | */s/ Jeremy J. Taylor* |
| | | Jeremy J. Taylor |

Jeremy J. Taylor (SBN 249075)
Arya Moshiri (SBN 324231)
jeremy.taylor@bakerbotts.com
arya.moshiri@bakerbotts.com
**BAKER BOTTS L.L.P.**
101 California St., Ste. 3600
San Francisco, CA 94111
Telephone: 415.291.6200
Facsimile: 415.291.6300

Kurt M. Pankratz (*pro hac vice*)
kurt.pankratz@bakerbotts.com
Bethany R. Salpietra (*pro hac vice*)
bethany.salpietra@bakerbotts.com
**BAKER BOTTS L.L.P.**
2001 Ross Ave., Ste. 900
Dallas, TX 75201
Telephone: 214.953.6500
Facsimile: 214.953.6503

*Attorneys for Plaintiff Lyft, Inc.*